■ In the Matter of GLADYS QUINONES, Petitioner, v NEW YORK CITY HOUSING AUTHORITY, Respondent. [10 NYS3d 431]— Determination of respondent, dated March 6, 2014, which, after a hearing, terminated petitioner's public housing tenancy, unanimously confirmed, the petition denied and the proceeding brought pursuant to CPLR article 78 (transferred to this Court by order of Supreme Court, New York County [Cynthia S. Kern, J.], entered June 16, 2014), dismissed, without costs.

The determination that petitioner violated a stipulation that excluded her son from her apartment is supported by substantial evidence (*see generally 300 Gramatan Ave. Assoc. v State Div. of Human Rights*, 45 NY2d 176, 180-181 [1978]). The record shows that petitioner repeatedly failed to exclude her son from the premises, despite having agreed to do so on multiple occasions.

Under the circumstances presented, the penalty of termination does not shock our sense of fairness (*see e.g. Matter of Lopez v New York City Hous. Auth.*, 121 AD3d 610 [1st Dept 2014], *lv denied* 24 NY3d 917 [2015]; *Matter of Grant v New York City Hous. Auth.*, 116 AD3d 630 [1st Dept 2014]). Concur—Acosta, J.P., Renwick, Moskowitz, Manzanet-Daniels and Feinman, JJ.